IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAWN M. BYRD,
    Plaintiff,

v.                                                        3:12cv158/MCR/CJK

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 26, 2012. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.[1]

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and

---

[1] No timely objections have been filed.

incorporated by reference in this order.

2. The Commissioner's decision is set aside, and this matter is REMANDED for further proceedings consistent with the magistrate judge's Report and Recommendation dated November 26, 2012.

3. The clerk is directed to close the file.

DONE AND ORDERED this 27th day of December, 2012.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE