IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAWN M. BYRD,
    Plaintiff,

vs.                                        CASE NO.: 3:12cv158/MCR/CJK

CAROLYN W. COLVIN[1]
Commissioner of Social Security,
    Defendant.
_____

## REPORT AND RECOMMENDATION

    I have previously entered a Report and Recommendation setting aside the decision of the ALJ and remanding the case for further proceedings. (Doc. 15). The Report and Recommendation was adopted by Chief District Judge Rodgers. (Doc. 16). Plaintiff Byrd has filed a motion for attorney fees and other expenses (doc. 18), and the Commissioner does not object to plaintiff's requested fees (doc. 19). Plaintiff requests that counsel be compensated at an hourly rate of $147.00 for 20.6 total hours of work in the instant matter. (Doc. 18, p. 2). Plaintiff also requests reimbursement of the court filing fee of $350.00. (Doc. 18, p. 2). The court concludes that an award of attorney fees is justified under the Equal Access to Justice Act ("EAJA"), in light of the Commissioner's agreement.

    Accordingly, it is respectfully RECOMMENDED:

---

[1] Carolyn W. Colvin succeeded Michael J. Astrue as Commissioner of the Social Security Administration, and is automatically substituted as the defendant. FED. R. CIV. P. 25(d).

That the application for attorney fees under the Equal Access to Justice Act (doc. 18) be GRANTED in the amount of $3,028.20, to be paid by defendant Commissioner within a reasonable time of this order. The Commissioner will also reimburse plaintiff $350.00 for the court filing fee. The Commissioner shall send such payments to plaintiff's counsel's office address. The Commissioner will follow *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), but must make prompt payment of the amount due if no outstanding federal debt is shown.

At Pensacola, Florida, this 3rd day of April, 2013.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).