IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAWN M. BYRD,
    Plaintiff,

v.                                                                           3:12cv158/MCR/CJK

CAROLYN W. COLVIN[1],
Commissioner of Social Security,
    Defendant.
_____

## O R D E R

Pending before the court is the magistrate judge's report and recommendation dated April 3, 2013 (doc. 20), recommending an award of attorneys' fees and expenses. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed. Having considered the matter, the court finds that the report and recommendation should be adopted.

Accordingly:

    1.    The magistrate judge's report and recommendation (doc. 20) is adopted and incorporated by reference in this order.

    2.    The Commissioner shall pay the plaintiff's attorney's fees in the amount of $3,028.20, within a reasonable time after entry of this order. Additionally, the Commissioner shall reimburse the plaintiff $350.00 for the court filing fee. The Commissioner shall send such payments to plaintiff's counsel's office address. The

---

[1] Carolyn W. Colvin succeeded Michael J. Astrue s Commissioner of the Social Security Administration, and is automatically substituted as the defendant. Fed. R. Civ. P. 25(d).

Commissioner will follow *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), but must make prompt payment of the amount due if no outstanding federal debt is shown.

DONE AND ORDERED this 9th day of May, 2013.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE